UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ELMAN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  **Case No.: 2:13-cv-1708-MSG**<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 East Butler Pike |
| Furlong PA 18925 | Ambler, PA 19002 |
| Phone: (215) 794-7207 | Phone: (215) 540-8888 |
| Fax: (215) 794-5079 | Fax: (877) 788-2864 |
| Email : rsenders@sessions-law.biz | Email:kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: October 3, 2013 | Date: October 3, 2013 |

BY THE COURT:

_____ J.

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 16th day of September, 2013:

  Ross S. Enders, Esquire
  Sessions, Fishman, Nathan & Israel, L.L.C.
  2303 Oxfordshire Road
  Furlong PA 18925
  Email : rsenders@sessions-law.biz
  Attorney for the Defendant

            */s/ Amy L. Bennecoff*
            Amy L. Bennecoff, Esquire
            Kimmel & Silverman, P.C.
            30 East Bulter Pike
            Ambler, PA 19002
            Phone: (215) 540-8888
            Fax: (877) 788-2864
            Email:abennecoff@creditlaw.com
            Attorney for the Plaintiff