IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA ELMAN | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-1708 |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant. | : | |
| | : | |

### ORDER

**AND NOW,** this 3rd day of October, 2013, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**